**Motion Granted, Appeals Dismissed, and Memorandum Opinion filed June 27, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00389-CR
### NO. 14-19-00390-CR

---

### STEPHANIE RENEE DUNN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from County Criminal Court at Law No. 14
### Harris County, Texas
### Trial Court Cause Nos. 2175317 and 2175316

---

### MEMORANDUM OPINION

Appellant Stephanie Renee Dunn has signed and filed a written request to withdraw her notices of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request and dismiss the appeals.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)